IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

RYAN SCHEELER, an individual;
AGR GROUP LLC, a Nebraska limited liability
company; AGR, INC., a Colorado corporation;
and TOTAL UTILITY CONTRACTING OF
MINNESOTA, INC., a Minnesota corporation,

    Plaintiffs/Counterclaim Defendants,

v.

CANOPY HOLDINGS, LLC, d/b/a CANOPY
HOLDINGS OF COLORADO, LLC, a Virginia
limited liability company doing business in Colorado;
MATT HIRSCHBIEL, a Colorado resident; CANOPY
HOLDINGS OF NEBRASKA, LLC, a Nebraska limited
liability company,

    Defendants/Counterclaim Plaintiffs,

v.

TIMOTHY DAY, an individual,

    Third Party Defendant.

## NOTICE OF REMOVAL

Defendants/Counterclaim Plaintiffs, Canopy Holdings, LLC, Matt Hirschbiel, and Canopy Holdings of Nebraska, LLC, through counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, submit this Notice of Removal of civil action from the District Court, Denver County, Colorado, to this Court on the following grounds:

4859-3437-8804.4

1. This civil action commenced in the District Court, Denver County, Colorado, on or about February 18, 2022, with the filing of a Complaint by Plaintiffs Ryan Scheeler and AGR Group, LLC, currently styled as *Ryan Scheeler, AGR Group, LLC, AGR, Inc., and Total Utility Contracting of Minnesota, Inc. v. Canopy Holdings, LLC d/b/a Canopy Holdings of Colorado, LLC, Matt Hirschbiel, and Canopy Holdings of Nebraska v. Timothy Day, and concerning derivative claims of Canopy Holdings, LLC*, Case No. 2022CV30474.

2. On or about June 10, 2022, Ryan Scheeler, AGR Group, LLC, AGR, Inc., and Total Utility Contracting of Minnesota, Inc. (collectively, the "Plaintiffs"), filed a First Amended Complaint. Canopy Holdings, LLC and Matt Hirschbiel filed a motion to dismiss, answer, and, with Canopy Holdings of Nebraska, LLC, counterclaims against AGR Group, LLC, Ryan Scheeler, and Timothy Day.

3. On or about September 6, 2022, Plaintiffs filed a Second Amended Complaint against Canopy Holdings, LLC, Matt Hirschbiel, and Canopy Holdings of Nebraska, LLC (collectively, the "Defendants") setting forth a new cause of action under 31 U.S.C. § 3730, the False Claims Act, in addition to previously pleaded causes of action. This pleading was the first paper where Defendants could ascertain the case was removable.

4. On or about September 6, 2022, Defendants accepted service of the Second Amended Complaint. Accordingly, this Notice of Removal is filed within thirty days of service of the Second Amended Complaint upon Defendants. 28 U.S.C. § 1446(b).

5. In accordance with 28 U.S.C. § 1446(a), a copy of the Complaint, First Amended Complaint, and Second Amended Complaint, and copies of all process, pleadings and orders

served on Defendants and filed with the District Court, Denver County, Colorado in Case No. 2022CV30474, are attached to this Notice.

6. As set forth in the Second Amended Complaint, Plaintiffs have brought purported wrongful termination allegations against Defendants arising under 31 U.S.C. § 3730, the False Claims Act, as well causes of action for breach of contract, accounting, breach of fiduciary duty, negligent misrepresentation, conversion, theft, and declaratory judgment.

7. The above-styled action is a civil action that involves a federal question over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, as this action involves claims arising out of the Constitution, laws, and/or treatises of the United States – specifically the False Claims Act.  Additionally, this Court has supplemental jurisdiction over any state law claims pursuant to 28 U.S.C. § 1367.  This matter is therefore removable to federal court.

8. Removal of this action is proper pursuant to 28 U.S.C. § 1441(a) in that this is a civil action brought in a state court within this district over which this Court has original jurisdiction.

9. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

10. A Notice of Removal is being filed contemporaneously with the Clerk of the District Court, Denver County, Colorado.  A copy of the Notice of Removal is attached.

WHEREFORE, Defendants, Canopy Holdings, LLC, Matt Hirschbiel, and Canopy Holdings of Nebraska, by counsel, hereby give notice pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446 of the removal of this action from the District Court, Denver County, Colorado.

Respectfully submitted this 19th day of September 2022,

**MOYE WHITE LLP**

By: *s/ William F. Jones*

William F. Jones
Paul W. Jordan
Patrick R. Akers
16 Market Square, 6th Floor
1400 16th Street
Denver, CO 80202
Telephone: (303) 292-2900
FAX: (303) 292-4510
Email: billy.jones@moyewhite.com
paul.jordan@moyewhite.com
patrick.akers@moyewhite.com

**Counsel for Defendants/Counterclaim Plaintiffs**

4

# CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2022, I served the foregoing document on the following individuals via filing Notice of Removal and copy of the state court Notice of Filing Notice of Removal with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following registered counsel of record:

Joanne P. Underhill
Colin E. Moriarty
**UNDERHILL LAW, P.C.**
7350 East Progress Place, Suite 110
Greenwood Village, Colorado 80111-1906
Telephone: (303) 721-7112

*s/ Elisabeth Mason*